IN THE MATTER OF NEWARK TEACHERS UNION, LOCAL 481, AFL-CIO, CHARGED WITH CONTEMPT OF COURT.

CAROLE GRAVES, *ET AL*, CHARGED WITH CONTEMPT OF COURT.

May 2, 1972. Petition for certification denied. (See 118 *N. J. Super.* 215)

STATE OF NEW JERSEY v. MICHAEL CAPANO.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHNNY COLLISE WHITE.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MARIO J. DE LUCIA.

May 2, 1972. Petition for certification denied.

LOUIS LUSKY, *ET AL.* v. CAPASSO BROTHERS, *ET AL.*

May 2, 1972. Petition for certification denied. (See 118 *N. J. Super.* 369)

ALFRED S. GAMRIN, *ET AL.* v.
PALISADES NEWSPAPERS, INC., *ET AL.*

May 2, 1972. Petition for certification denied. (See 117 *N. J. Super.* 219)